# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)  www.flsb.uscourts.gov

☐ _____7th_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: SETH H. GORDON    JOINT DEBTOR:_____ CASE NO.: 15-29216 PGH

Last Four Digits of SS#    Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

| | | | | | |
|---|---|---|---|---|---|
| A. | $1,646.81 | for months | 1 | to | 10 ; |
| B. | $2,011.19 | for months | 11 | to | 59 ; |
| C. | $2,066.19 | for months | 60 | to | 60 ; in order to pay the following creditors: |

Administrative: Attorney's Fee - $3,500.00  TOTAL PAID $3,500.00

Balance Due ___$0.00___ payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. WELLS FARGO HOME MTG____    Arrearage on Petition Date    $41,008.63
Address: POB 105693    Arrears Payment    $ 483.34/month    (Months __1__ to __10__)
____Atlanta, GA 30348-5693____    Regular Payment    $1,013.76/month    (Months __1__ to __10__)
Account No: 0484510987

A rrears Payment    $724.11/month    (Months __11__ to __60__)
Reg ular Payment    $1,104.85/month    (Months __11__ to __60__)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____ Total Due $_____
Payable    $_____/month (Months____ to ___) Regular Payment $_____
2._____ Total Due $_____
Payable    $_____/month (Months____ to ___) Regular Payment $_____

Unsecured Creditors: Pay $50.00/month (Months__60__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:    Debtor shall provide copies of yearly income tax returns to the trustee no later than May 15th during the pendency of the chapter 13 case. In the event the debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

__SETH H. GORDON_____
Debtor    Joint Debtor
Date: SEPTEMBER 8, 2016_____    Date:_____

LF-31 (rev. 08/01/06)